928

**DONNA SMITH, an Infant by CHESTER SMITH, Her Guardian ad Litem, et al., Plaintiffs, v. KOLLNER'S INC., et al., Appellants, and WHITE ROCK OF NASSAU, INC., Respondent.—**

The amended complaint in the main action cannot reasonably be interpreted as including an allegation of passive negligence on the part of defendant White Rock of Nassau, Inc. Hence, it may be held liable only upon proof that it was guilty of active negligence. In such circumstances it is not entitled to be indemnified by a codefendant (*Putvin* v. *Buffalo Elec. Co.*, 5 N Y 2d 447; *Harrington* v. *615 West Corp.*, 2 N Y 2d 476, 483; *De Veglio* v. *Cascade Ind. Uniform Supply Co.*, 12 A D 2d 980). Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

**STELLA SMITH, Individually, and as Administratrix of the Estate of JACK SMITH, Deceased, Respondent, v. ELIZABETH SMITH, Appellant, et al., Defendant.—**

In our opinion, the books, records and documents directed to be produced, other than those hereinbefore mentioned, are neither material nor relevant to the proposed examination of the said defendant. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

**GRACE G. SPERY, Respondent, v. JOSEPH C. SPERY, Appellant.—**

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

**SAL J. PIAZZA, Respondent, v. FRED P. GOLDHIRSCH, Appellant.—**

No opinion. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

BARNEY ZINICK, Appellant, v. ANNA EIDELBERG, Respondent, et al., Defendants.—

No opinion. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

WILCO CONSTRUCTION CORP., Respondent, v. ARON PRYWES, Appellant.

Time was not of the essence in the contract in suit. While plaintiff in its complaint failed to allege the facts showing that it was in default on the date set forth in the contract for the passing of title and showing that such default was excusable and worked no harm on defendant, we amend the complaint to conform to the proof in these respects (Civ. Prac. Act, §§ 109, 434; *Thorne Neale & Co. v. New York So. Coal Term. Corp.*, 270 App. Div. 816, affd. 295 N. Y. 977). Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur. [29 Misc 2d 81.]

## (November 28, 1961)

HAROLD FROMKIN et al., Appellants, v. MERRALL REALTY, INC., et al., Respondents, and LAND & BUILDING INVESTORS, INC., Respondent-Appellant.—

Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

In the Matter of the Estate of JOHN LAPENNA, Deceased. MARY LAPENNA, Appellant; JAMES LAPENNA et al., Respondents.—

Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.